Robin M. Lee #47043048
P.O. Box #5000
Sheridan, OR. 97378



United States District Court
Central District of California

| | |
|---|---|
| Robin M. Lee, | CASE NO. 2:17-CV-03119 SJO-GJS |
| Plaintiff | |
| v. | Motion For A Summary |
| Crystal Moroney, | Default Judgment |
| Law Offices of | |
| Crystal Moroney, | |
| et. al | |
| Defendants | |

Comes Now Above Named Plaintiff Files A
Motion For A Final Summary Judgment Due to Default
As Instructed to Do So on 3-8-2018 in Docket text
of Document 44.

1. Factual And Procedural Background

Plaintiff Filed Action on 4-26-2017 Against Moroney
And Law Offices, Asserting the latter is a "Debt
Collector" as Defined by the Federal Fair Debt Collection
Practices Act ("FDCPA") That violated Several Provisions
of the Act Although its Placement of Entry on Plaintiffs

P. 2

CREDIT REPORT STATING PLAINTIFF HAD AN ACCOUNT IN DEFAULT WITH THE DEFENDANT FOR $313.00 THROUGH CUS DATED 10/2013.

ON 7-8-15, DEFENDANT TOOK RECEIPT OF PLAINTIFFS NOTICE OF RELIEF REQUESTING DEFENDANT VALIDATE THE ALLEGED DEBT PURSUANT TO 15 U.S.C. § 1692g(a) : (b) THROUGH CERTIFIED MAIL TO WHICH THE DEFENDANT NEVER RESPONDED.

DECLARATION AND PROLOGICAL

I HEREBY ENTER THE FOLLOWING DECLARATION UNDER PENALTIES OF PERJURY THAT ALL INFORMATION AND STATEMENTS MADE IN THIS MOTION IS TRUE AND FACTUALLY MADE TO THE BEST OF MY ABILITIES:

A) DEFAULT WAS ENTERED AGAINST DEFENDANT CRYSTAL MORONEY ON 1-22-2018.
DEFAULT AGAINST DEFENDANT LAW OFFICES OF CRYSTAL MORONEY PENDS A DEFAULT BEING ENTERED BY CLERK PER REQUEST SUBMITTED ON 3-15-18

B) DEFAULT WAS ENTERED PER F.R. Civ. P 55(a) UNDER THE DEFENDANT CRYSTAL MORONEY FAILED TO PLEAD OR OTHERWISE DEFEND AS DIRECTED IN SAID SUMMONS

C) PLAINTIFF STATES THAT THE DEFENDANTS ARE NOT MINORS OR INCOMPETENT, AND ARE REPRESENTED

P.3

BY A LEGAL REPRESENTATIVE AND OR MEMBER OF A BAR ASSOCIATION, WHOM HAS NEVER REVEALED HIMSELF TO PLAINTIFF OR THE COURT ITSELF.

D. PLAINTIFF DOES NOT BELIEVE THAT THE SERVICEMEMBERS CIVIL RELIEF ACT L50 U.S.C. APP §521 APPLIES TO DEFENDANTS

E. NOTICE OF DEFAULT OF DEFENDANT CRYSTAL MORONEY WAS SERVED UPON DEFENDANTS ALONG WITH ALL MOTIONS FOR DEFAULT JUDGMENT SINCE DOCUMENT 21.

<u>SUBSTANTIVE REQUIREMENTS</u>

1) TO DENY DEFAULT JUDGMENT TO THE PLAINTIFF AFTER ESTABLISHED ENTRIES OF DEFAULT WOULD BE A CLEAR CASE OF A SEVERE PREJUDICE TO THE PLAINTIFF

2) PLAINTIFF HAS MERIT AND GROUNDS TO SEEK CIVIL RECOURSE AND ACTION AND NOMINAL DAMAGES PER THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT, WHEN THE DEFENDANT REFUSED TO RESPOND WITHIN 30 DAYS WITH PROOF OF THE DEBT DEFENDANT WAS REPORTING PURSUANT TO 15 U.S.C. §1692 g (a) : (b)

3) PLAINTIFF STATES THAT THE COMPLAINT WAS SUFFICIENT AND CLEAR IN NATURE OF DAMAGES SOUGHT.

P. 4

4. PLAINTIFF SOUGHT A SUM OF $16,350.00 ON THE ORIGINAL COMPLAINT

5. PLAINTIFF STATES THERE IS NO POSSIBILITY OF A DISPUTE CONCERNING MATERIAL FACTS BECAUSE DEFENDANTS CHOSE TO DEFAULT BUT NOT RESPONDING OR DEFENDING THEMSELVES.

6) 

PLAINTIFF DOES NOT BELIEVE DEFAULT WAS DUE TO EXCUSABLE NEGLECT DUE TO A TIME PERIOD OF 11 MONTHS HAS EXPIRED AS IN ILLNESS OF DEFENDANTS TO TIMELY RESPOND.

Conclusion
PLAINTIFF HAS INCLUDED DECLARATION AND ADDRESSED THE EITEL FACTORS TO THE BEST OF HIS ABILITY IN HIS SAID MOTION IN WHICH THE PLAINTIFF ASK IF THE COURT TO GRANT A SUMMARY JUDGMENT DUE TO DEFAULT FOR THE ~~DAMAGES AGAINST DEFENDANTS~~.

1) CRYSTAL MORONEY

2) LAW OFFICES OF CRYSTAL MORONEY FOR TOTAL DAMAGES OF $16,350.00. THE EXACT AMOUNT SOUGHT IN THE ORIGINAL COMPLAINT.

DATED: 3-31-2018

RESPECTFULLY SUBMITTED,

ROBIN & LEE #41043046
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX # 5000
SHERIDAN, OR. 97376

PORTLAND OR 970
02 APR 2018 PM 5 3

<>47043-048<>
Us Dist Court
312 N Spring ST
LOS Angeles, CA 90012
United States

SJO

RECEIVED
CLERK, U.S. DISTRICT COURT

APR - 5 2018

CENTRAL DISTRICT OF CALIFORNIA
BY

