## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**AMENDED CIVIL MINUTES - GENERAL**

| Case No. | CV 17-03119 SJO (GJSx) | Date | September 17, 2018 |
|---|---|---|---|
| Title | Robin M. Lee v. Crystal Moroney et al | | |

| Present: The Honorable | JAMES OTERO, Judge presiding |
|---|---|

| Victor Cruz | Not Present | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**        **IN CHAMBERS**:

On 6/6/18, the Court issued a minute order allowing Plaintiff to file an amended complaint within 14 day of the Court's order.  Plaintiff having failed to file an amended complaint, the Court Orders this action dismiss for failure to prosecute.

JS-6

|  | : |  |
|---|---|---|
| Initials of Preparer | | vpc |